# Court of Appeals
# of the State of Georgia

ATLANTA,  October 24, 2019

*The Court of Appeals hereby passes the following order:*

## A20A0408. TONYA COOPER v. GEORGIA DEPARTMENT OF HUMAN SERVICES.

An administrative law judge reversed the decision of the Georgia Department of Human Services, Division of Family and Children Services ("DFCS"), to place Tonya Cooper's name on the Georgia central child abuse registry. After DFCS filed a petition for judicial review of the administrative decision in superior court, the superior court reversed that decision. Cooper then filed this direct appeal. We lack jurisdiction.

Under OCGA § 5-6-35 (a) (1), a party must follow the discretionary appeal procedures to obtain review of a superior court decision reviewing the decision of an administrative agency. *Dunlap v. City of Atlanta*, 272 Ga. 523, 524 (531 SE2d 702) (2000). Cooper's failure to follow the proper avenue of appeal deprives this Court of jurisdiction to consider her appeal. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/24/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*